McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-00171-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JURANDY DANIEL LOPEZ JIMENEZ, | |
| Defendant. | |

WHEREAS, on May 21, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jurandy Daniel Lopez Jimenez in the following property:

    a. All firearms and ammunition seized by law enforcement, including, but not limited to a Glock, model 17, 9mm, SN: UE800.

AND WHEREAS, beginning on June 28, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

1    AND WHEREAS, the United States sent direct written notice by certified mail to the
2    following individuals known to have an alleged interest in the above-described property:
3       a.   Robert J. Jossis:  A notice letter was sent via certified mail to the last-
4    known address of Robert J. Jossis at 6801 W Carol Pk, Peoria, AZ 85382 on August 14, 2020.
5    The certified mail parcel was returned to the United States Attorney's Office on August 28, 2020
6    marked "Return to Sender," "Insufficient Address," "Unable to Forward."
7    AND WHEREAS, the Court has been advised that Robert J. Jossis has not filed a claim
8    to the subject property and the time for him to file a claim has expired.
9    AND WHEREAS, the Court has been advised that no third party has filed a claim to the
10   subject property and the time for any person or entity to file a claim has expired.
11   Accordingly, it is hereby ORDERED and ADJUDGED:
12   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of
13   America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. §
14   853(a), to be disposed of according to law, including all right, title, and interest of Jurandy
15   Daniel Lopez Jimenez and Robert J. Jossis.
16   2.   All right, title, and interest in the above-listed property shall vest solely in the
17   name of the United States of America.
18   3.   The United States Forest Service shall maintain custody of and control over the
19   subject property until it is disposed of according to law.
20   IT IS SO ORDERED.

Dated:   **September 23, 2020**                    _____
                                                       UNITED STATES DISTRICT JUDGE