**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> Jurandy Daniel Lopez-Jimenez  ) <br> ) | Docket No:  0972 1:18CR00171-001 |

On July 14, 2020, the above-named was sentenced to Supervised Release for a period of three years. Supervision commenced on February 26, 2021.  Mr. Lopez-Jimenez has consistently worked while on supervision and has a good support system around him. He has submitted negative drug tests, and there has been no recent violation conduct and all financial obligations have been fulfilled. The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  The Assistant United States Attorney has no objections to Mr. Lopez-Jimenez being terminated from supervision.

It is accordingly recommended that the supervised releasee be discharged from supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *[signature]* | *[signature]* |
| **Brandon Dawkins** <br> United States Probation Officer | **Ronnie Preap** <br> Supervising United States Probation Officer |

Dated:   September 12, 2023
            Modesto, California
            BD/lr

**Re:     Jurandy Daniel Lopez-Jimenez**
        **Docket Number:   0972 1:18CR00171-001**
        <u>**Report and Order Terminating Supervised Release**</u>
        <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jurandy Daniel Lopez-Jimenez be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:    September 12, 2023                            _____
                                                            UNITED STATES DISTRICT JUDGE