IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. JURDANY DANIEL LOPEZ-JIMENEZ *Defendant.* | Case No. 1:18-CR-000171-ADA BAM **REQUEST TO EXONERATE CASH BOND; ORDER** |

On July 14, 2020, the defendant, Alejandro Lemus was sentenced. Mr. Lopez-Jimenez has completed his time in custody as well as supervision.  Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure Ms. Eva Aguilar Sanchez hereby moves the Court for an order exonerating the sureties who posted a $2,000 cash bond. Eva Aguilar Sanchez who posted bond on behalf of Mr. Lopez-Jimenez on August 2, 2018, receipt # CAE100039859.

**ORDER**

IT IS SO ORDERED that the Clerk of the Court shall exonerate the $2,000 cash bond receipt # CAE100039859 posted by Eva Aguilar Sanchez and be mailed to Brian Cruz Aguilar at 7038 Center Street, Winton, CA 95388.

IT IS SO ORDERED.

Dated: 11/20/2023

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE